IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ISAAC EVANS, <br>     Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br>     Defendant. | No. CIV 06-167-TUC-CKJ <br><br> **ORDER** |

On August 28, 2007, United States Magistrate Judge Hector C. Estrada issued his Report and Recommendation ("R&R") [Doc. #22]. Neither party objected within ten days of that order as allowed by 28 U.S.C. § 636(b).

In conclusion, the Court has carefully reviewed the R&R and finds Magistrate Judge Estrada's analysis well-reasoned with no clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly,

IT IS HEREBY ORDERED that:

(1) The Report and Recommendation (Doc. # 22) is ADOPTED;

(2) Plaintiff's Motion for Summary Judgment (Doc. # 15) is DENIED;

(3) Defendant's Cross-Motion for Summary Judgment (Doc. # 18) is DENIED; and

(4) The case is REMANDED to the Administrative Law Judge for further proceedings consistent with the R&R.

DATED this 28th day of September, 2007.

_____
Cindy K. Jorgenson
United States District Judge

- 2 -